October 4, 1899.) Action by Egbert B. Seaman against Sophie Fleischman. From a judgment in favor of defendant, plaintiff appealed. Affirmed. Hugo S. Mack, for appellant. Shipman, Larocque & Choate, for respondent.

PER CURIAM. Judgment affirmed, with costs.

SENA, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1899.) Action by Erasmo Sena, an infant, by Saverio Sena, his guardian ad litem, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SEYEN, Appellant, v. ST. JOHN'S RIVERSIDE HOSPITAL, Respondent. (Supreme Court, Appellate Division, Second Department. October 3, 1899.) Action by Herman Seyen against the St. John's Riverside Hospital. No opinion. Order reversed, on argument, with $10 costs and disbursements to abide the event of the action.

SHANNON, Respondent, v. MAGEE, Appellant. (Supreme Court, Appellate Division, Third Department. September 12, 1899.) Action by David Shannon against John Magee, police commissioner. No opinion. Order affirmed, with $10 costs and disbursements.

SINAY, Appellant, v. HUDSON & ATHENS FERRY CO., Limited, Respondent. (Supreme Court, Appellate Division, Third Department. September 19, 1899.) Action by Emily Sinay against the Hudson & Athens Ferry Company, Limited. No opinion. Judgment affirmed, with costs.

SLINGERLAND, Appellant, v. INTERNATIONAL CONTRACTING CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 6, 1899.) Action by Cornelius H. Slingerland against the International Contracting Company. No opinion. Order affirmed, with $10 costs and disbursements. See 59 N. Y. Supp. 860.

SMITH, Plaintiff, v. ELMIRA MUNICIPAL IMP. CO., Defendant. (Supreme Court, Appellate Division, Third Department. September 12, 1899.) Action by Alice P. Smith, as executrix, against the Elmira Municipal Improvement Company. No opinion. Motion denied, without prejudice to apply to special term.

SOCIALISTIC CO-OPERATIVE PUB. ASS'N v. KUHN et al. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by the Socialistic Co-operative Publishing Association against Henry Kuhn and others. No opinion. Motion denied.

SOCIALISTIC CO-OPERATIVE PUB. ASS'N, Respondent, v. KUHN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 20, 1899.) Action by the Socialistic Co-operative Publishing Association against Henry Kuhn and others. B. Patterson,

for appellants. S. Sultan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SPIELMAN et al., Respondents, v. SHARPLESS et al., Appellants. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by Charles Spielman and others against Henry W. Sharpless and another. H. G. Ward, for appellants. C. E. Rushmore, for respondents. No opinion. Judgment affirmed, with costs.

SPIES v. LOCKWOOD. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by Amelia L. Spies against Edgar Lockwood. No opinion. Motion denied. See 59 N. Y. Supp. 1115.

SPILKER, Appellant, v. THIRD AVE. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 17, 1899.) Action by Edward Spilker, Jr., as administrator of the goods, chattels, and credits of Edward Spilker, deceased, against the Third Avenue Railroad Company. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

STEELE v. CONNECTICUT GENERAL LIFE INS. CO. (Supreme Court, Appellate Division, Fourth Department. September 27, 1899.) Action by Blanche M. Steele, as administrator, etc., against the Connecticut General Life Insurance Company. No opinion. Motion denied, with $10 costs. See 52 N. Y. Supp. 373.

STEVENSON v. METROPOLITAN ST. RY. CO. (Supreme Court. Appellate Division, First Department. October 13, 1899.) Action by George F. Stevenson against the Metropolitan Street-Railway Company. No opinion. Motion denied.

STEWART v. BUTLER et al. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by Alexander Stewart against Helen C. Butler and others. No opinion. Motion granted, with $10 costs. See 59 N. Y. Supp. 573.

STOTHERS, Respondent, v. AUSTIN et al., Appellants. (Supreme Court, Appellate Division, First Department. November 10, 1899.) Action by Jennie E. Stothers against William P. Austin and another. J. O'Callaghan, Jr., for appellants. H. G. Heath, for respondent. No opinion. Judgment affirmed, with costs.

STRATTON, Respondent, v. SOVERHILL, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Action by Cynthia B. Stratton against Edward P. Soverhill. No opinion. Judgment and order affirmed, with costs.

STRAUSS, Appellant, v. MURRAY, Respondent. (City Court of New York, General Term. November 21, 1899.) Action by Emanuel Strauss against Edward A. Murray, as marshal. From a judgment for defendant, and an